**DENIED and Opinion Filed November 16, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00963-CV

## IN RE PRAIRIE LINK CONSTRUCTORS JV; FLUOR ENTERPRISES, INC.; AND BALFOUR BEATTY INFRASTRUCTURE, INC., Relators

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-13917**

## MEMORANDUM OPINION

Before Justices Reichek, Smith, and Kennedy
Opinion by Justice Kennedy

In their September 29, 2023 petition for writ of mandamus, relators seek relief from the trial court's August 25, 2023 order granting a motion to quash relators' subpoena and notice of deposition by written questions to Foresight Planning & Engineering Services, LLC.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude that relators failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

230963F.P05